IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-cr-30159-SMY-1 |
| | ) |
| JOHN WYSINGER, | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR FORFEITURE OF SUBSTITUTE PROPERTY

On March 13, 2013, a monetary forfeiture judgment in the amount of $100,000.00 was entered against Defendant John Wysinger and in favor of the United States (Doc. 374). The Order provided that the judgment could be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery was not obtained.

The United States now moves for the forfeiture, as substitute property, of $2,476.37 received by the United States Marshals Service from the Treasury Offset Program (TOP). The Motion is **GRANTED**.

The Notice of Satisfaction that was filed in this case as (Doc. 499) is also **STRICKEN**.

The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing of a petition alleging the third-party interests in the property, the Court may amend this order to resolve the claimed third-party interests.

**IT IS SO ORDERED.**

**Dated: May 27, 2025**

_____
**STACI M. YANDLE**
**United States District Judge**