IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-cr-30159-SMY-1 |
| | ) | |
| **JOHN WYSINGER,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On May 27, 2025, this Court entered a Forfeiture Order (Doc. 501) against Defendant John Wysinger, for the following property which had been seized from the defendant:

**$2,476.37 payment received by the United States Marshals Service from the Treasury Offset Program (TOP).**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 29, 2025, and ending June 27, 2025. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Forfeiture Order filed on May 27, 2025 (Doc. 501). The United States Marshal shall dispose of the property according to law.

1

**IT IS SO ORDERED.**

**DATED:   July 29, 2025**

_____
**STACI M. YANDLE**
**United States District Judge**